UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARACELI PEÑA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>TINA HORNBECK, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-7369-AHS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　　IT IS ORDERED that a Judgment be issued **dismissing the instant action with prejudice**.

///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff.

DATED: June 1, 2009.

**ALICEMARIE H. STOTLER**
ALICEMARIE H. STOTLER
United States District Judge