# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARACELI PEÑA, | ) Case No. CV 08-7369-AHS (JWJ) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| TINA HORNBECK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered **dismissing the instant action with prejudice**.

DATED: June 1, 2009.


ALICEMARIE H. STOTLER
ALICEMARIE H. STOTLER
United States District Judge